**Opinion filed May 20, 2010**



# In The

# Eleventh Court of Appeals

_____

## No. 11-10-00105-CV

_____

## CEDRIC DEWAYNE LESTER, JR., Appellant

## V.

## BOBBIE JO MARTINEZ-LESTER, Appellee

**On Appeal from the County Court at Law**

**Smith County, Texas**

**Trial Court Cause No. 10-0592-E**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order dismissing a pro se petition for divorce for want of jurisdiction. We dismiss the appeal.

The trial court signed the order on March 3, 2010. A motion for new trial was not filed. In order to timely perfect an appeal, the notice of appeal was due to be filed on or before April 2, 2010. TEX. R. APP. P. 26.1. Appellant filed his notice of appeal on April 5, 2010.

When the clerk's record was received in this court, the clerk wrote the parties informing them that it appeared that the notice of appeal was untimely and that a motion for extension of

time had not been filed in compliance with TEX. R. APP. P. 26.3. Appellant was directed to respond. There has been no response to our letter of April 26, 2010.

Absent a timely notice of appeal, a timely motion to extend time, or the proper showing of compliance with the good faith requirement of *Verburgt v. Dorner*, 959 S.W.2d 615 (Tex. 1997), the appellate jurisdiction of this court is not invoked. Appellant has not met any of these requirements. Therefore, this appeal is dismissed for want of jurisdiction.


PER CURIAM


May 20, 2010

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.